IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ABEOME CORPORATION, INC.,<br><br>　　Petitioner,<br><br>v.<br><br>J. HAMPTON STEVENS, LISA L. TORBETT, AND GEORGE CAMPBELL,<br><br>　　Dissenters. | Civil Action File No.<br>3:22-cv-00007-CDL |

## ORDER TO SEAL

Abeome Corporation having moved the Court to seal certain exhibits entered into evidence at trial, the Court finds that good cause is shown to seal the following trial exhibits:

| Abeome's Exhibits | |
|---|---|
| 1 | Contribution, Subscription and Assumption Agreement, July 28, 2021 |
| 2 | Asset Purchase Agreement, Abeome and Alloy Therapeutics, September 30, 2021 |
| 17 | Abeome Compilation Financial Statements, 2017 – 2019 |
| 18 | Abeome Compilation Financial Statements, 2020 |
| 19 | Abeome Profit & Loss Statement, 2020 |
| 20 | Abeome Compilation Interim Financial Statements, June 2021 |
| 21 | Deposit Detail, 2020 |
| 25 | Letter to Shareholders, June 10, 2021 |
| 27 | Abeome Corporation Capitalization Table, September 15, 2021 |

| Dissenters' Exhibits | |
|---|---|
| **D208** | Abeome Shareholder Presentation, April 23, 2018 |
| **D211** | Abeome Shareholder Presentation, May 1, 2019 |
| **D217** | Abeome Shareholder Presentation, June 25, 2020 |
| **D401** | License and Assignment Agreement, Abeome and Molecular Templates |
| **D409** | Shimkets Email to Alton with Alloy Letter of Intent, March 14, 2021 |
| **D410** | Letter of Intent, Abeome and Biophtha |
| **D701** | Abeome Deposit Detail, 2015 – 2022 |
| **D702** | Abeome Capitalization Table, April 7, 2022 |

These filings contain confidential scientific and financial information that belongs not only to Abeome but also to third parties, as well as proprietary information relating to Abeome's intellectual property.

The Clerk of Court and Court Reporter are directed to seal the above-described exhibits. ADDED BY THE COURT:  If the Court materially relies upon evidence contained in these exhibits, the Court may reconsider whether those portions of the exhibits should remain under seal.

SO ORDERED this 22nd day of _November, 2023.

__S/Clay D. Land_____
HONORABLE CLAY D. LAND
DISTRICT JUDGE

Presented by:
COOK & TOLLEY LLP
*s/Devin Hartness Smith*
DEVIN HARTNESS SMITH
Georgia Bar No. 918980