IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ABEOME CORPORATION, INC., <br><br> Petitioner, <br><br> v. <br><br> J. HAMPTON STEVENS, LISA L. TORBETT, AND GEORGE CAMPBELL, <br><br> Dissenters. | Civil Action File No. <br> 3:22-cv-00007-CDL |

### ORDER GRANTING DISSENTERS' CONSENT MOTION TO SEAL CERTAIN TRIAL EXHIBITS

This matter is before the Court upon Dissenters' Consent Motion to Seal Certain Trial Exhibits (Doc. 60) (the "Consent Motion"). Having reviewed the Consent Motion, based on the consent of the parties, and for good cause shown, the Court **GRANTS** the Consent Motion. The Court finds good cause is shown to seal the following trial exhibits: D406, D407, and D415. The Clerk of Court and Court Reporter are directed to seal D406, D407, and D415. If the Court materially relies upon evidence contained in these exhibits, the Court may reconsider whether those portions of the exhibits should remain under seal.

SO ORDERED this 28th day of November, 2023.

    S/Clay D. Land
HONORABLE CLAY D. LAND
DISTRICT JUDGE

Presented by:

PARKER HUDSON RAINER & DOBBS LLP

/s/ Jared C. Miller
Jared C. Miller
Georgia Bar No. 142219