IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ABEOME CORPORATION, INC., | * |
|       Plaintiff, | * |
| v. | Case No. 3:22-cv-7 (CDL) |
| | * |
| J. HAMPTON STEVENS, LISA L. TORBETT, and GEORGE CAMPBELL, | * |
|       Defendants. | * |

## **J U D G M E N T**

After a bench trial and pursuant to the Findings of Facts and Conclusions of Law dated December 11, 2023, JUDGMENT is hereby entered in favor of Defendants as follows:

J. Hampton Stevens: $938,159.60

Lisa L. Torbett: $308,000

George Campbell: $56,068.88

The amounts shall accrue post-judgment interest from the date of entry of judgment at the rate of 5.16% per annum until paid in full. Defendants shall also recover costs of this action.

This 11th day of December, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk