IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ABEOME CORPORATION, INC., | * |
|     Plaintiff, | * |
| v. | Case No. 3:22-CV-7 (CDL) |
| | * |
| J. HAMPTON STEVENS, LISA L. TORBETT, and GEORGE CAMPBELL, | * |
|     Defendants. | * |

**A M E N D E D   J U D G M E N T**

Pursuant to the Court's previously entered Findings of Fact and Conclusions of Law, the Court's order dated April 5, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants as follows:

J. Hampton Stevens: $1,012,535.74

Lisa L. Torbett: $334,626.78

George Campbell: $63,605.97

The amounts shall accrue post-judgment interest at the federal legal rate of 5.16% from the date of entry of the original judgment to the date of satisfaction.

This 5th day of April, 2024.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk